AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COLLEEN N. TING

V.

UNITED STATES

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00419

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 03/6/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

CERTIFIED MAIL 7004 2890 0003 8201 0165

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

COLLEEN N. TING
POB 1753
MAKAWAO, HI.
96768

an answer to the complaint which is served on you with this summons, within  **60**  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            MAR - 6 2006
CLERK                                 DATE

M. Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 24, 2006 |
| NAME OF SERVER (PRINT) Colleen N. Tioa | TITLE Plaintiff prose |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail Return Receipt Requested 7004 2890 0003 8201 0165 (copies attached) Pursuant to Rule 4(i)(i) Fed. R. Civ. P.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Postage & Fees | TOTAL $8.30 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-3-2006    _____
                          Signature of Server

PO Box 1753, Makawao, HI 96768
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KENNETH L. WAINSTEIN,
   U.S. ATTORNEY
   DISTRICT OF COLUMBIA
   CIVIL PROCESS CLERK
   555 4th STREET NW
   WASHINGTON, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   MAR 24 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2890 0003 8201 0165

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $4.05 | |
| Certified Fee | $2.40 | 0540 |
| Return Receipt Fee (Endorsement Required) | $1.85 | 08  Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.30 | 03/17/2006 |

Sent To: KENNETH L. WAINSTEIN
Street, Apt. No.; or PO Box No.: 555 4th STREET NW
City, State, ZIP+4: WASHINGTON, D.C. 20530

PS Form 3800, June 2002   See Reverse for Instructions

Article Number: 7004 2890 0003 8201 0165