AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COLLEEN N. TING

V.

UNITED STATES

CASE 1

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00419

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 03/6/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

CERTIFIED MAIL  7004 2890 0003 8201 0172

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  PRO SE  (name and address)

COLLEEN N TING
POB 1753
MAKAWAO, HI.
96768

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAR - 6 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COLLEEN N. TING

V.

UNITED STATES

CASE 1

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00419

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 03/6/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

CERTIFIED MAIL  7004 2890 0003 8201 0172

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

COLLEEN N TING
POB 1753
MAKAWAO, HI.
96768

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAR - 6 2006
CLERK                                DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALBERTO GONZALES,
   U.S. ATTORNEY GENERAL
   CIVIL PROCESS CLERK
   950 PENNSYLVANIA AVE.
   WASHINGTON, D.C.
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

   MAR 2 4 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2890 0003 8201 0172

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $4.05 | |
| Certified Fee | $2.40 | 0540 08 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $8.30 | 03/17/2006 |

Sent To: ALBERTO GONZALES
Street, Apt. No.; or PO Box No.: 950 PENNSYLVANIA AVE
City, State, ZIP+4: WASHINGTON, DC 20530

7004 2890 0003 8201 0172

PS Form 3800, June 2002    See Reverse for Instructions