IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLEEN N. TING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No: 1:06-cv-419 (HHK) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AT WASHINGTON:

You will please enter my appearance as counsel for the United States of America in this action.

DATE: April 13, 2006.

                                                Respectfully submitted,

                                                 /s/ Michael J. Salem
                                                MICHAEL J. SALEM
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Washington, DC 20044
                                                Telephone: (202) 307-6438

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' NOTICE OF APPEARANCE was caused to be served upon plaintiff *pro se* on the 13th day of April, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>COLLEEN N. TING
>Plaintiff *pro se*
>Post Office Box 1753
>Makawao, HI  96768.

>/s/ Michael J. Salem
>MICHAEL J. SALEM

618.11645819.1 1646140.1 1647012.1