IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLLEEN N. TING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 1:06-cv-419 (HHK) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

COLLEEN N. TING  
Plaintiff *pro se*  
Post Office Box 1753  
Makawao, HI  96768

MICHAEL J. SALEM  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 227  
Washington, DC  20044

1646150.1

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on the 13th day of April, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>COLLEEN N. TING
>Plaintiff *pro se*
>Post Office Box 1753
>Makawao, HI  96768.

>  /s/ Michael J. Salem
>MICHAEL J. SALEM

618.11645819.1