UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLLEEN N. TING ,**<br><br>              **Plaintiff,**<br><br>       v.<br><br>**UNITED STATES ,**<br><br>              **Defendant.** | Civil Action 06-00419  (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S DISPOSITIVE MOTION**

This matter comes before the court upon defendant's motion to dismiss filed on April 13, 2006.  Plaintiff, proceeding *pro se*, has yet to file a response or opposition to the motion.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." Id.  at 509.

Accordingly, it is this 14th day of April, 2006, hereby

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by May 14, 2006. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant. *See* LCvR 7(b).

                                                Henry H. Kennedy, Jr.
                                                United States District Judge