UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLLEEN N. TING ,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**UNITED STATES ,**<br><br>　　　　　　**Defendant.** | Civil Action 06-00419  (HHK) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 27th day of June, 2006, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendant.


　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Court